IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROGER C. BYER, an individual; | |
| Plaintiff, | **4:17CV3160** |
| vs. | |
| ROBERT L. WILKIE, Secretary of the United States Department of Veterans Affairs; | **ORDER** |
| Defendant. | |

The government intends to move for summary judgment. The pretrial conference and the jury trial will not be scheduled at this time.

Accordingly,

IT IS ORDERED:

1) If this case is not fully resolved on the government's anticipated motion for summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to obtain an order scheduling the pretrial conference and trial, or in the alternative, referring this case to alternative dispute resolution.

2) The clerk shall set an internal case management deadline of September 25, 2019 to check on the status of this case.

May 6, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge